UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MINUTES - GENERAL

Case No.  8:23-cr-00031-FWS                                    Date  April 9, 2024

Title  United States v. Jason McDowell

---

Present: The Honorable  Karen E. Scott, United States Magistrate Judge

| Deputy Clerk: | Court Reporter / Recorder: |
|---|---|
| Jazmin Dorado | N/A |

| Attorney(s) Present for Plaintiffs: | Attorney(s) Present for Defendants: |
|---|---|
| | |

**Proceedings:**  (In Chambers) Order of Detention After Hearing Held Pursuant to 18 U.S.C. § 3148(B)

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Judge Youchah in the District of Nevada, and the Court having conducted a hearing on the alleged violation(s), the Court finds (1) that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release, i.e., a 2023 felony conviction; and (2) that the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community.

In the alternative, to the extent 18 U.S.C. § 3142(g) applies in these proceedings, the Court concludes that no condition or combination of conditions of release will reasonably assure the safety of other persons and the community and the defendant's appearance in court as required. In addition to any findings made on the record at the hearing, the reasons for detention include the following: background information unknown; recent criminal history involving a firearm.

IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

Initials of Deputy Clerk jd